## STATE OF CONNECTICUT *v.* ROBERT HENDERSON (13245)

Lavery, Spear and Hennessy, Js.

Argued October 23—decision released November 21, 1995

*David B. Bachman,* special public defender, for the appellant (defendant)

*Marjorie Allen Dauster,* assistant state's attorney, with whom, on the brief, were *Michael Dearington,* state's attorney, and *David P. Gold,* supervisory assistant state's attorney, for the appellee (state).

PER CURIAM. The judgment is affirmed.